FORM B9D (Chapter 7 Corporation/Partnership Asset Case)(9/97)    Case Number 01 - 37739

# UNITED STATES BANKRUPTCY COURT
Eastern District of Pennsylvania

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A bankruptcy case concerning the debtor corporation listed below was originally filed under chapter 11 on 12/21/2001 and was converted to a case under chapter 7 on 01/24/2003.

You may be a creditor of the debtor. **This notice lists important deadlines**. You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

Debtor (name(s) and address):
Eagle Land Management of PA, Inc.
1265 Drummers Lane
Suite 102
Wayne, PA 19087

| Case Number: | Taxpayer ID Nos.: |
|---|---|
| 01 - 37739 | 23-2977-633 |

| Attorney for Debtor (name and address): | Bankruptcy Trustee (name and address): |
|---|---|
| PAUL J. BRENMAN<br>Wolf, Block, Schorr & Solis-Cohen LLP<br>1650 Arch Street, 22nd Floor<br>Philadelphia, PA 19103-2678 | GLORIA SATRIALE<br>One McKinley Lane<br>Chester Springs, PA 19425 |
| Telephone number: (215) 977-2000 | Telephone number: (610) 827-4038 |

## Meeting of Creditors:

**\*\* Debtor's Photo ID & Social Security Card Must Be Presented at the 341 Hearing**

| Date: | March 6, 2003 | Time: | 02:30 PM | Location: | Chester County Gov't Serv.<br>601 West Town Road<br>Room 149<br>West Chester, PA 19380 |
|---|---|---|---|---|---|

## Deadline to File a Proof of Claim

Proof of Claim must be *received* by the bankruptcy clerk's office by the following deadline:
For all creditors (except a governmental unit):06/04/03         For a governmental unit:

## Creditors May Not Take Certain Actions:

The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

| **Address of the Bankruptcy Clerk's Office:** | **For the Court:** |
|---|---|
| Philadelphia<br>900 Market Street<br>Suite 400<br>Philadelphia, PA 19107<br>Telephone number: | Clerk of the Bankruptcy Court:<br>Joseph Simmons |
| Hours Open: Monday - Friday 8:30 AM - 5:00 PM | Date: 02/11/03 |

## EXPLANATIONS

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor listed on the front side, and an order for relief has been entered. |
| Creditors May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362.  Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors*.  Creditors are welcome to attend, but are not required to do so.  The meeting may be continued and concluded at a later date without further notice. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim.  If a Proof of Claim form is not included with this notice, you can obtain one at any bankruptcy clerk's office. If you do not file a Proof of Claim by the "Deadline to File a Proof of Claim" listed on the front side, you might not be paid any money on your claim against the debtor in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. |
| Liquidation of the Debtor's Property and Payment of Creditors' Claims | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property.  If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them, in the order specified by the Bankruptcy Code. To make sure you receive any share of that money, you must file a Proof of Claim, as described above. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side.  You may inspect all papers filed, including the list of the debtor's property and debts, at the bankruptcy clerk's office. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice.  You may want to consult an attorney to protect your rights. |

### ** DEBTOR'S PHOTO ID AND SOCIAL SECURITY CARD NOTICE

**Due to heightened security concerns, photo identification and a social security card are being required for admittance to any §341(a) meeting or formation meeting.  If you do not have the proper ID, you may contact the United States Trustee's office at (215) 597-4411.**

**--- Refer to Other Side For Important Deadlines and Notices ---**

FORM B10 (Official Form 10)(4/01)

| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA - CM) | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor | Case Number<br>01-37739 | |

| NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503 | | |
|---|---|---|
| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br><br>Name and Address where notices should be sent:<br><br><br><br><br><br>Telephone Number: | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | 01-37739<br><br><br>THIS SPACE IS FOR COURT USE ONLY |
| Account or other number by which creditor identifies debtor: | Check here if    ☐ replaces<br>this claim       ☐ amends    a previously filed claim, dated _____ | |

| 1. Basis for Claim<br>☐ Goods sold<br>☐ Services performed<br>☐ Money loaned<br>☐ Personal injury/wrongful death<br>☐ Taxes<br>☐ Other _____ | ☐ Retiree benefits as defined in 11 U.S.C. §1114(a)<br>☐ Wages, salaries, and compensation (fill out below)<br>  Your SS #: _____ _____ _____<br>  Unpaid compensation for services performed<br>  from _____ to _____<br>        (date)              (date) |
|---|---|
| 2. Date debt was incurred: | 3. If court judgment, date obtained: |

**4. Total Amount of Claim at Time Case Filed:**    $_____
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

| 5. Secured Claim.<br>☐ Check this box if your claim is secured by collateral (including a right of setoff).<br>  Brief Description of Collateral:<br>   ☐ Real Estate   ☐ Motor Vehicle<br>      ☐ Other_____<br><br>  Value of Collateral:  $_____<br><br><br><br>  Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____ | 6. Unsecured Priority Claim.<br>☐ Check this box if you have an unsecured priority claim<br>  Amount entitled to priority $_____<br>  Specify the priority of the claim:<br>☐ Wages, salaries, or commissions (up to $4,650),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).<br>☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(4).<br>☐ Up to $ 2,100* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).<br>☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).<br>☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).<br>☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).<br><br>*Amounts are subject to adjustment on 4/1/04 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. |
|---|---|

| 7. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.<br>8. **Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.<br>9. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): | |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In particular types of cases or circumstances, such as bankruptcy cases that are not filed voluntarily by a debtor, there may be exceptions to these general rules.*

---- DEFINITIONS ----

*Debtor*

The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*

A creditor is any person, corporation, or other entity to whom the debtor owed a debt on the date that the bankruptcy case was filed.

*Proof of Claim*

A form telling the bankruptcy court how much the debtor owed a creditor at the time the bankruptcy case was filed (the amount of the creditor´s claim). This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed.

*Secured Claim*

A claim is a secured claim to the extent that the creditor has a lien on property of the debtor (collateral) that gives the creditor the right to be paid from that property before creditors who do not have liens on the property.

Examples of liens are a mortgage on real estate and a security interest in a car, truck, boat, television set, or other item of property. A lien may have been obtained through a court proceeding before the bankruptcy case began; in some states a court judgment is a lien. In addition, to the extent a creditor also owes money to the debtor (has a right of setoff), the creditor´s claim may be a secured claim. (See also *Unsecured Claim*.)

*Unsecured Claim*

If a claim is not a secured claim it is an unsecured claim. A claim may be partly secured and partly unsecured if the property on which a creditor has a lien is not worth enough to pay the creditor in full.

*Unsecured Priority Claim*

Certain types of unsecured claims are given priority, so they are to be paid in bankruptcy cases before most other unsecured claims (if there is sufficient money or property available to pay these claims). The most common types of priority claims are listed on the proof of claim form. Unsecured claims that are not specifically given priority status by the bankruptcy laws are classified as *Unsecured Nonpriority Claims*.

## Items to be completed in Proof of Claim form (if not already filled in)

**Court, Name of Debtor, and Case Number:**
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

**Information about Creditor:**
Complete the section giving the name, address, and telephone number of the creditor to whom the debtor owes money *or* property, and the debtor´s account number, if any. If anyone else has already filed a proof of claim relating to this debt, if you never received notices from the bankruptcy court about this case, if your address differs from that to which the court sent notice, or if this proof of claim replaces or changes a proof of claim that was already filed, check the appropriate box on the form.

1. **Basis for Claim:**
Check the type of debt for which the proof of claim is being filed. If the type of debt is not listed, check "Other" and briefly describe the type of debt. If you were an employee of the debtor, fill in your social security number and the dates of work for which you were not paid.

**2. Date Debt Incurred:**
Fill in the date when the debt first was owed by the debtor.

**3. Court Judgments:**
If you have a court judgment for this debt, state the date the court entered the judgment.

**4. Total Amount of Claim at Time Case Filed:**
Fill in the total amount of the entire claim. If interest or other charges in addition to the principal amount of the claim are included, check the appropriate place on the form and attach an itemization of the interest and charges.

**5. Secured Claim:**
Check the appropriate place if the claim is a secured claim. You must state the type and value of property that is collateral for the claim, attach copies of the documentation of your lien, and state the amount past due on the claim as of the date the bankruptcy case was filed. A claim may be partly secured and partly unsecured. (See DEFINITIONS, above).

**6. Unsecured Priority Claim:**
Check the appropriate place if you have an unsecured priority claim, and state the amount entitled to priority. (See DEFINITIONS, above). A claim may be partly priority and partly nonpriority if, for example, the claim is for more than the amount given priority by the law. Check the appropriate place to specify the type of priority claim.

**7. Credits:**
By signing this proof of claim, you are stating under oath that in calculating the amount of your claim you have given the debtor credit for all payments received from the debtor.

**8. Supporting Documents:**
You must attach to this proof of claim form copies of documents that show the debtor owes the debt claimed or, if the documents are too lengthy, a summary of those documents. If documents are not available, you must attach an explanation of why they are not available.

BAE SYSTEMS
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0313-2           User: EileenM              Page 1 of 4              Date Rcvd: Feb 11, 2003
Case: 01-37739                 Form ID: 189               Total Served: 180

The following entities were served by first class mail on Feb 13, 2003.
db          Eagle Land Management of PA, Inc.,   1265 Drummers Lane,   Suite 102,   Wayne, PA 19087
aty        +BRENMAN, PAUL J.,   Wolf, Block, Schorr & Solis-Cohen LLP,   1650 Arch Street, 22nd Floor,
             Philadelphia, PA 19103-2097
aty        +LOPEZ, ROBERT C.,   1650 Arch Street,   22nd Floor,   Philadelphia, PA 19103-2003
tr          SATRIALE, GLORIA,   One McKinley Lane,   Chester Springs, PA 19425
aty         GOLDEN, CHARLES M.,   1900 One Penn Center,   1617 J.F. K. Blvd.,   Philadelphia, PA 19103
smg         Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,   Allentown, PA 18101
smg         City Treasurer,   Eighth and Washington Streets,   Reading, PA 19601
smg        +City of Philadelphia,   City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,
             1515 Arch Street 15th Floor,   Philadelphia, PA 19102-1504
smg         Commonwealth of PA,   Bureau of Accounts Settlements,   P.O. Box 8901,   Attention: Bankruptcy Unit,
             Harrisburg, PA 17105
smg         Credit Bureau of Lancaster County,   218 West Orange Street,   P.O. Box 1271,   Lancaster, PA 17608
smg         Credit Bureau of Reading & Berks County,   c/o Mr. Mills,   P.O. Box 14114,   Reading, PA 19612-4114
smg         Dun & Bradstreet,   c/o Public Record Data Base,   899 Eaton Avenue,   Bethlehem, PA 18025
smg        +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg         Pennsylvania Department of Revenue,   Bankruptcy Division,   Department 280946,   P.O. Box 280946,
             Harrisburg, PA 17128
smg         Roland C. Smith, General Manager,   Associated Credit Bureau Service,   5910 Hamilton Boulevard,
             Allentown, PA 18106-9773
smg         Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601
smg         Trans Union Credit Information,   760 Sproul Road,   Springfield, PA 19064-4001
smg         U.S. Attorney Office,   c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,
             Philadelphia, PA 19106
ust         United States Trustee,   Office of the U.S. Trustee,   601 Walnut Street,,   Suite 950 West,
             Philadelphia, PA 19106
ust         United States Trustee,   950W Curtis Center,   6th and Walnut Streets,   Philadelphia, PA 19106
aty         CALLAHAN, KEVIN P.,   601 Walnut Street,   Curtis Center, Suite 950 West,   Philadelphia, PA 19106
aty        +MCMERTY, EDWARD A. III,   4200 One Liberty Place,   Philadelphia, PA 19103
aty         OBER, PAUL R.,   234 North 6th Street,   Reading, PA 19601
5168609     220 Park Road North,   Accounts Recieveable,   Reading, PA 19610
5163855     ATX Telecommunications,   PO Box 57194,   Philadelphia, PA 19111
5163848    +Adam H. Isenberg, Esq.,   Saul Ewing,   Centre Square West,   1500 Market Street, 38th Floor,
             Philadelphia, PA 19102-2100
5163849     Advanta Leasing,   1020 Laruel Oak Road,   Voorhees, NJ 08043
5163850    +Airgas East,   PO Box 7777,   Philadelphia, PA 19175-0001
5163851     American Resource Consultants,   PO Box 1809,   Doyelstown, PA 18901
5354276     American Resource Consultants, Inc.,   PO Box 1809,   Doylestown, PA 18901
5163852    +Associated Products,   2 East Road,   Mechanicsburg, PA 17050-2756
5163854     Atlantc Construction Fabrics,   dba Landsaver Enviromental,   7831 Cardwell Road,
             Richmond, VA 23234
5163853     Atlantic Construction Fabrics,   2881 Cardwell Road,   Richmond, VA 23234
5204903     Atlantic Construction Fabrics, Inc.,   c/o Sharon Higgins,   2831 Cardwell Rd,   Richmond, VA 23234
5163856     Avaya Financial Services,   PO Box 93000,   Chicago, IL 60673-3000
5175149     Belle Excavating & Construction, Inc.,   2023 Shumaker Road,   Manheim, PA  17545
5163874     Belle Excavation,   2023 Shumaker Road,   Manheim, PA 17545
5163875     Ben Cairns,   c/o Gerald Bickhardt,   819 N. Market Street,   Selinsgrove, PA 17870
5163876     Benjamin Cairns,   88 Baldwin Blvd,   Selinsgrove, PA 17870
5488977     Benjamin F. Cairns,   819 North Market St,   Selinsgrove, PA 17870
5163877     Blooming Genn Contr,   dba Handwerk,   PO Box 196,   Skippack, PA 19474
5163878     Bureau of Business Trust Fund Taxes,   Department 28091,   Harrisburg, PA 17128-0901
5163879     Bureau of Corporate Taxes,   Department 280427,   Harrisburg, PA 17128-0427
5163881    +CAT Financial,   PO Box 13834,   Newark, NJ 07188-0001
5163883     CAT Financial,   West End Avenue,   Greg Houston,   Nashville, TN 37203
5163880    +Case Credit,   Department CH-10460,   Palatine, IL 60055-0001
5465563     Catepillar FInancial Services Corporatio,   Attn: Legal Department,   2120 West End Ave,
             Nashville, TN 37203
5323818     CitiCapital Commercial Corporation,   PO Box 141029,   Irving, TX 75014-1029
5189814     CitiCapital Commerical Corp.,   PO Box  141029,   Irving, TX  75014-1029
5163884     Citicapital,   PO Box 6229,   Carol Stream, IL 60197-6229
5343659     Citicapital Commercial Corp.,   Farr, Burke, Gambacorta & Wright,   232 South 4th Street,
             Philadelphia, PA 19106
5163885     Cleveland Broathers,   PO Box 2535,   Harrisburg, PA 17105
5163886     Cleveland Brothers,   530 Paxton Street,   Attn: Jeff Grimes,   Harrisburg, PA 17111
5403764     Cleveland Brothers,   5300 Paxton Street,   Attn: Jeff Grimes,   Harrisburg, PA 17111
5163887     Cleveland Brothers, Inc.,   PO Box 2535,   Harrisburg, PA 17105
5163888     Columbus McKinnon,   PO Box 360506,   Pittsburgh, PA 15251
5163889     Columbus McKinnon,   1920 Whitfield Avenue,   Sarasota, FL 34243
5176129     Columbus McKinnon Corporation,   140 John James Audobon Parkway,   Amherst, NY 14228
5175151     Columbus McKinnon Corporation,   140 John James Audobon Pkwy,   Amherst, NY 14228
5152899    +Commonwealth of Pennsylvania,   444 N. 3rd Street, Ste. 3B,   Philadelphia, PA  19123-4107
5163890    +Commonwealth of Pennsylvania,   444 N. 3rd Street Suite 3B,   Philadelphia, PA 19123-4107
5163892     Commonwealth of Pennsylvania,   Department of Enviromental Protection,   909 Elmerton Ave,
             Harrisburg, PA 17110-8200
5163897     DFS Acceptance,   3500 A Wardley Place,   Attn: Accounts Recievable,   Austin, TX 78728
5163896     DFS Acceptance,   3500 A. Wardley Place,   Austin, TX 78728
5163894     Darrel Lehman,   2474 Mount Gretna Rd,   Elizabethtown, PA 17022
5163895     Darrell Lehman,   2474 Mt. Gretna Rd,   Elizabethtown, PA 17022
5265762     Department of Labor & Industry,   Bureau of Employer Tax Operations,   444 N. 3rd Street,   Ste. 3B,
             Philadelphia,PA  19123
5163899     Elizabethtown School District,   PO Box 6020,   Milton, DE 19968
5163926     Evergreen Enviromental,   212 Locust Street,   Suite 310,   Attn: Mark McLellan,
             Harrisburg, PA 17101
```

```
District/off: 0313-2          User: EileenM              Page 2 of 4               Date Rcvd: Feb 11, 2003
Case: 01-37739                Form ID: 189               Total Served: 180

5163925     Evergreen Enviromental,   212 Locust Street,   Suite 310,   Harrisburg, PA 17101
5220115     Evergreen Environmental,   212 Locust Street,   suite 310,   attn Mark M McClellan,
              Harrisburg,PA 17101
5166034     FV Office Partners,   955 CHesterbrook Blvd,   Suite 120,   Wayne, PA 19087
5163928     Federal Express,   2650 Thousand Oaks Blvd,   Suite 3100,   Memphis, TN 38118
5163927     Federal Express,   PO Box 360353,   Pittsburgh, PA 15250-6353
5163930     Fitz Security Company,   2 Pershing Avenue,   Lebanon, PA 17042
5166030     Foothill Capital,   2450 Colorado Ave,   Suite 300 West,   Santa Monica, CA 90404
5494634    +Foothill Capital Corporation,   c/o Edward A. McMerty, III, Esq.,   Duane Morris, LLP,
              4200 One Liberty Place,   Philadelphia, PA 19103
5166031     Foothill Capital Corporation,   2450 Colorado Avenue,   Santa Monica, CA 90404
5166032     Fuchs Lubriacnts,   135 S> Lasalle Str,   Department 1000,   Chicago, IL 60674
5166033     Fuchs Lubricants,   135 S. LaSalle St,   Department 1000,   Attn: Accounts recievables,
              Chicago, IL 60674
5269927     Fuchs Lubricants Co.,   17050 Lathrop Avenue,   Harvey, IL  60426
5166035     GE Capital Colonial Pacific,   PO Box 2090,   Portland, OR 97208-2090
5189906     GE Capital Colonial Pacific Leasing Corp,   PO BOX 230102,   Portland, OR 97281-0102
5166198     GMAC,   Payment Processing Center,   PO Box 70309,   Charlotte, NC 28272
5166200     GSE Lining Company,   19103 Gundle Road,   Attn: Accounts Recievable,   Houston, TX 77073
5166201    +GSE Lining Inc,   c/o Thomas Muldoon, esq,   M. Mark Mendel, Ltd,   160 Locust STreet,
              Philadelphia, pA 19103
5180935     GSE Lining Technology Inc,   c/o Thomas P. Muldoon, Jr. Esq.,   1620 Locust Street,
              Phila., Pa   19103
5222455     General Electric Capital Corporation,   c/o Anthony L. Lamm, Esq.,   Four Greenwood Square,
              Suite 200,   Bensalem, PA 19020
5222317     General Electric Capital Corporation,   c/o Anthony L. Lamm, Esq.,   Four Greenwood Square, Ste. 200,
              Bensalem, PA  19020
5285243     General Motors Acceptance Corporation,   Stephen J. Amoriello, III, Esq.,
              Lavin Coleman, O'Neil, et.al.,   510 Walnut Street, 10th Floor,   Philadelphia, PA  19106
5278539    +General Motors Acceptance Corporation,   P.O. Box 901025,   Forth Worth, TX  76101-2025
5166199     Great Bear Water,   Processing Center,   PO BOx 52271,   Phoenix, AZ 85072
5166202     Handwerk Contractors,   5052 Lucon Road,   Accounts Recivebale,   Skippack, PA 19474
5166203     Heisrand Brothers Trucking,   3478 Sunnyside Road,   Manheim, PA 17545
5166204     Herstand Brothers Trucking,   3478 Sunnyside Road,   Manheim, PA 17545
5166205     Higgins Insurance,   Attn: Ben CLoud,   115 S. Centre Street,   Pottsville, PA 17901
5166209     IKON Office Solutions,   PO Box 31306,   Hartford, CT 06150
5343583     IOS Capital,   Bankruptcy Adm.,   PO Box 13708,   Macon, GA 31208-3708
5166213    +IOS Capital,   1738 Bass Road,   PO Box 9115,   Maco, GA 31208-9115
5204212     IOS Capital, LLC,   1738 Bass Road,   PO Box 13708,   Macon, GA  31208-3708
5166210     Integra,   Rubber Products Division,   PO Box 287,   Silver Spring, PA 17575
5166211     Integra,   936 Links Avennue,   Landisville, PA 17538
5166214     JB Hobstetter,   1225 West Main Street,   PO Box 218,   Mount Joy, PA 17552
5166215     Kemper Insurance,   Connell Corporate Center III,   3 Oak Way,   Berkerley Heights, NJ 07922
5166216     Kevin P. Callahan, Esq,   Office of the US Trustee,   601 Walnut Street,   Suite 950 West,
              Philadelphia, PA 19106
5166219     LB Smith,   PO Box 87808,   Philadelphia,PA 19182
5166217     LB Smith,   2001 Stste Street,   Camphill, PA 17011
5503753     Lancaster County Tax Claim Bureau,   D. Lynne Ferguson,   Herr & Greer,   45 East Orange Street,
              Lancaster, PA 17602
5166218     Lancaster County Treasurer,   50 North Duke Street,   PO Box 83480,   Lancaster, PA 17608
5389867     Lancaster Tax Claim Bureau,   c/o D. Lynne Ferguson,   Herr & Greer,   45 East Orange Street,
              Lancaster, PA 17602
5166220     Liberty Merchant 401 k Plan,   1265 Drummers Lane Suite 102,   Wayne PA 19087
5166221     Liberty Merchants Group,   1265 Drummers Lane Suite 102,   Wayne PA 19087
5166529    +Lumbermans Mutual,   Three Cennell Drive,   Connell Corporate Park,   Attn: Mansol Giogoso,
              Berkerly Heights, NJ 07922-2733
5166530     M. Mark Mendel, Ltd,   1620 Locust Street,   Philadelphia, PA 19103-6392
5180965     M. Mark Mendel, Ltd,   c/o Thomas P. Muldoon, Jr. Esq.,   1620 Locust Street,   Phila., Pa   19103
5252565     Machinery Services, Inc.,   PO Box 220,   Royersford, PA 19468
5175152     Machinery Services, Inc.,   201 N. 4th Street,   PO Box 228,   Royersford, PA  19468
5166531     Machinery Services, Ltd,   PO Box 228,   Royersford, PA 19468
5166532     Mchinery Services, Inc,   PO Box 220,   Royersford, PA 19468
5494635     Merco Joint Ventures, LLC,   c/o Pryor & Mandlelup, LLP,   675 Old COuntry Road,
              Westbury, NY 11590
5166535     Messicks,   187 Merts Drive,   Accounts recieveable,   Elizabethtown, PA 17022
5166534     Messicks,   187 Merts Drive,   Elizabethtown, PA 17022
5175153     Milton Grove Sand, Inc,   3478 Sunnyside Road,   Manheim, PA  17545
5166536     Milton Grove Sand, Inc.,   c/o GIngrich Smith,   222 South Market St,   PO Box 267,
              Elizabethtown, PA 17022
5166537     Milton Grove Sand, Inc.,   222 S. Market Street,   Suite 201,   Attn: Mr. White,
              Elizabethtown, PA 17022
5166538     Miners Oil,   Attn: Jamie Parker,   Route 209 & Interstate 81,   Tremont, PA 17981
5168492     Mount Joy Bourough Authority,   PO Box 25,   Mount Joy, PA 17552
5168493     Mount Joy Township,   159 Merts Drive,   Elizabethtown, PA 17022
5168494    +Mr. Keith Kerns,   Pennsylvania Department of Enviromental,   Rachel Carson State Office Building,
              900 Elemerton Ave,   Harrisburg, PA 17110-9206
5168495     Mumman's Fireston,   1916 West Main,   Mt Joy,PA 17552
5168496     Myers Brothers,   54 Holland Street,   Landisville, PA 17538
5166533     Nargery N. Reed, Esq,   Duane, Morris & Heckscher LLP,   One Liberty Place Suite 4200,
              Philadelphia, PA 19103
5168497     New Holland Credit Company,   PO Box 3600,   Lancaster, PA 17604
5168498     Nextel Communications,   PO Box 820832,   Philadelphia, PA 19182
5168499     Nextell Communications,   PO Box 820822,   Philadelphia,PA 19182
5168532     Obermayer Reuben Maxwell,   One Penn Cneter, 19th Floor,   1617 JFK Blvd,   Philadelphia, PA 19103
```

```
District/off: 0313-2          User: EileenM              Page 3 of 4                   Date Rcvd: Feb 11, 2003
Case: 01-37739                Form ID: 189               Total Served: 180

5785341     Office of the United States Trustee,   601 Walnut Street,   Suite 950 West,   The Curtis Center,
             Philadelphia, PA 19106
5168537     PP&L Electric,   827 Hausman Rd,   Allentown, PA 18104
5168536     PP&L Electric,   827 Halisman Road,   Allentown, PA 18104
5241031     Pennsylvania Department of Revenue,   Bankruptcy Department,   Department 280946,
             Harrisburg, PA 17128-0946
5168533     Pitney Bowes Inc,   PO Box 856390,   Louisville, KY 40285
5168535     Poatal Privilege,   PO Box 856042,   Louisville, KY 40285
5168534     Postal Privledges,   PO Box 856390,   Louisville, KY 40285
5168538     Progressive Insurance,   PO Box 7247-0112,   Philadelphia, PA 19170-0001
5168539     QPC,   Ed Waters,   1865 Mallard Lane,   Villanova, PA 19085
5168573     Randy Sylvester,   2487 Cloverleaf Highway,   Elizabethtown, PA 17022
5278720     Randy Sylvester,   35 Lower Bailey Road,   Duncannon, PA 17020
5168574     Reznick Fedder Silverman,   4520 East West Highway,   Suite 300,   Bethesda, MD 20814
5168575     Roger Watson Surveying,   PO Box 495,   314 West Main Street,   New Bloomfield, PA 17068
5168576     Scale Systems,   77 West Baltimore Pike,   CHester Heights, PA 19017
5168577     Scale Systems, Inc.,   PO Box 193,   77 West Baltimore Pike,   Chester Heights, PA 19017
5168578    +Serrot International,   Department 2456,   2000 West Monroe Street,   Room 200,
             Chicago, IL 60612-3017
5265758     Serrot International, Inc.,   Thomas P. Muldoon,Jr.,   1620 Locust Street,   Philadelphia,PA  19103
5168580     Sprint Yellow Pages,   1615 Bluff CIty Highway,   Bristol, TN 37620
5168605     Staples Credit Plan,   PO Box 9027,   Des Moines, IA 50368
5168606    +State Workers Insurance Fund,   100 Lackawanna Avenue,   Accounts Reciveable,
             Scranton, PA 18503-1944
5168607     State Workers Insurance Funds,   100 Lackawanna Ave,   PO Box 5100,   Scranton, PA 18505-5100
5168608     The Water Guy,   220 Park Road North,   Wyomissing, PA 19610
5168610     US Attorneys Office,   Eastern District of PA,   615 Chestnut St,   Suite 1250,
             Philadelphia, PA 19106
5168611     Uni First,   55 Eby Chiques,   Mount Joy, PA 17552
5168612     United Parcel Service,   PO Box 4980,   Hagerstown, MD 21747
5168753     Verizon Wireless,   Finance Department,   250 James Street,   New Ringold, PA 17960
5347657     Verizon Wireless,   PO Box 761,   Brdminster, NJ   07921-0761
5168752     Verizon Wireless,   PO BOx 41556,   Philadelphia,PA 19101-1556
5168751     Verizon-PA,   PO Box 28000,   Lehigh Valley, PA 18002
5566533     Volvo COmmercial Credit Corp of Utah,   Attn: Patty Williams,   PO Box 26131,
             Greensboro, NC 27402-6131
5566330     Volvo Commercial Credit Corp. of Utah,   7025 Albert Pick Rd,   Suite 105,   PO Box 26131,
             Greensboro, NC  27402
5168755     Waste Management,   1121 Bordentown Rd.,   Attn: Jim Lambros,   Morrisville, PA 19067
5168754     Waste Management,   1121 Bordentown Rd,   Morriciville, PA 19067
5168757     Waste Management of Pennsylvania,   1121 Bordentown Rd,   Morrisville, PA 19067
5494655     Waste Management of Pennsylvania, Inc.,   c/o Adam H. Isenberg, Esq.,   Saul Ewing LLP,
             1500 Market Street, 38th Floor,   Philadelphia, PA 19102
5168756     Waste management of PA Inc,   1121 Bordentown Rd,   Morrisville, PA 19067
5306034     Wastequip Manufacturing,   d/b/a Accurate Industires,   c/o Nathan Snyder, Esq,   22 Alpha Ave,
             Voorhees, NJ 08043
5266094     Wastequip Manufacturing Co.,   c/o Nathan Snyder, Esq,   22 Alpha Avenue,   Voorhees, NJ  08043
5168758     Zenieth Cutter Company,   Department 77-2761,   Chicago, IL 60678
5168793     Zenieth Cutter Company,   Accounts Recievabel,   5200 Zenieth Parkway,   Loves Park, IL 61111
5231114     Zenieth Cutter Company,   5200 Zenieth Parkway,   Lowes Park, IL 61111

The following entities were served by electronic transmission on Feb 12, 2003 and receipt of the transmission
was confirmed on:
smg        +EDI: IRS.COM Feb 12 2003 05:36:00      Internal Revenue Service,   Special Procedures Staff,
             P.O. Box 12051,   Philadelphia, PA 19105-2051
smg         EDI: PADOR.COM Feb 12 2003 05:36:00      Pennsylvania Department of Revenue,   Bankruptcy Division,
             Department 280946,   P.O. Box 280946,   Harrisburg, PA 17128
5163929     EDI: FUNB.COM Feb 12 2003 05:36:00      First Union National Bank,   Vehicle Leasing Department,
             PO BOx 96020,   Charlotte, NC 28296
5166212     EDI: IRS.COM Feb 12 2003 05:36:00      Internal Revenue Service,   1400 North Providence Road,
             Media, PA 19063
5241031     EDI: PADOR.COM Feb 12 2003 05:36:00      Pennsylvania Department of Revenue,   Bankruptcy Department,
             Department 280946,   Harrisburg, PA 17128-0946
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5163893     Customer Waste Disposal Agreements
5168579     Sprint,   PO Box 96028,   PA 17185
5431622     Vlooming Glen Contractors, Inc.,   c/o James L. Davis, Esq.,   234 N. 6th Street,   Reading
crcm*       Belle Excavating & Construction, Inc.,   2023 Shumaker Road,   Manheim, PA 17545
crcm*       Columbus McKinnon Corporation,   140 John James Audobon Pkwy,   Amherst, NY 14228
crcm*       Machinery Services, Inc.,   201 N. 4th Street,   PO Box 228,   Royersford, PA 19468
crcm*       Milton Grove Sand, Inc,   3478 Sunnyside Road,   Manheim, PA 17545
5247606*    220 Park Road North,   Accounts Recivable,   Reading, PA  19610
5237272*    American Resource Consultants,   PO Box 1809,   Doylestown, PA 18901
5625530*    Catepillar Financial Services Corporatio,   Attn: Legal Department,   2120 West End Ave,
             Nashville, TN 37203
5163898*    Eagle Land Management of PA Inc,   1265 Drummers Lane,   Suite 102,   Wayne, PA 19087
5217331*    Milton Grove Sand, Inc.,   222 S. Market Street,   Suite 201,   Attn: Mr. White,
             Elizabethtown, PA 17022
5222454*    New Holland Credit Company,   PO Box 3600,   Lancaster, PA 17604-3600
5224180*    Roger Watson Surveying,   PO Box 495,   314 West Main Street,   New Bloomfield, PA 17068
                                                                                              TOTALS: 3, * 11
```

```
District/off: 0313-2         User: EileenM          Page 4 of 4              Date Rcvd: Feb 11, 2003
Case: 01-37739               Form ID: 189           Total Served: 180
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Date: Feb 13, 2003**             **Signature:** _Joseph Speetjens_